## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| AVA WILLIAMS,<br><br>                              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC<br><br>                              Defendants. | **Case No.:** 2:26-cv-10773-MFL-DRG<br><br> Honorable Matthew F. Leitman<br><br>Honorable David R. Grand<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SOLUTIONS, LLC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Ava Williams ("Plaintiff") and Defendant Equifax Information Solutions, LLC., ("Equifax") have resolved the claims between them in this matter.  The parties are in the process of finalizing the terms and performance attendant to that resolution.  The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED on June 9, 2026

/s/ Adam Hubbi
Adam Hubbi, CA #359827
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

Tarek N. Chami – MI# P76407
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488 E:
tchami@consumerjustice.com

*Attorneys for Plaintiff*
*Ava Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I electronically filed the foregoing with

the Clerk of the Court using the ECF system, which will send notice of such filing

to all attorneys of record in this matter. Since none of the attorneys of record are

non-ECF participants, hard copies of the foregoing have not been provided via

personal delivery or by postal mail.

*/s/ Amanda Dakroub*