# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| AVA WILLIAMS, | **Case No.:** 2:26-cv-10773-MFL-DRG |
| Plaintiff, | Honorable Matthew F. Leitman |
| v. | Honorable David R. Grand |
| EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |
| Defendants. |  |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Ava Williams ("Plaintiff") hereby voluntarily dismisses her claims in the matter against Defendant Trans Union only.

RESPECTFULLY SUBMITTED on June 29, 2026

/s/ Adam Hubbi
Adam Hubbi, CA #359827
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

1

Tarek N. Chami – MI# P76407
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488 E:
tchami@consumerjustice.com

*Attorneys for Plaintiff, Ava Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Amanda Dakroub*

2